```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-41599 EDJ** |
| **MICHAEL ROBERT EASLEY and EVELYN FUENTES EASLEY,** | **Chapter 13** |
| Debtors. | **DECLARATION OF DEBTOR IN SUPPORT OF DEBTORS' MOTION TO VALUE LIEN** |

I, Evelyn Easley, declare:

1. I am one of the debtors in the above-captioned case.

2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

3. At the time I filed my chapter 13 case, on March 2, 2009, I was the owner of the real property located at 55 Diamondwood Court, Pittsburg, CA 94565(the "property").

4. On December 15, 2008, I had the property appraised by Dan Tosh of Tosh & Associates. A copy of the appraisal, which reflects a fair market value of $369,500, is attached hereto as Exhibit A and made a part hereof.

5. The property is encumbered by a First Deed of Trust in favor of Bank of America in the sum of $619,656.53, as evidenced by Debtors' Schedule D, a copy of which is attached as Exhibit B and made a part hereof.

6. PHH Mortgage is the beneficiary of a Second Deed of Trust against the property in the sum of $103,109.76, as evidenced by its proof of claim filed on April 16, 2009, a copy of which is attached as Exhibit C and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 25, 2009                    /s/  Evelyn Easley_____
                                            EVELYN EASLEY

Page 2 of 2

Case: 09-41599    Doc# 31-2    Filed: 01/07/10    Entered: 01/07/10 17:26:00    Page 2 of 2